# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Louis Scarantino, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-cv-1066 PAM/TNL |
| Silver Bay Realty Trust Corp., Irvin R. Kessler, Thomas W. Brock, Tanuja M. Dehne, Stephen G. Kasnet, Thomas E. Siering, Daryl J. Carter, W. Reid Sanders, Mark Weld, Silver Bay Management LLC, Silver Bay Operating Partnership L.P., Tricon Capital Group Inc., TAH Acquisition Holdings LLC, and TAH Acquisition LP, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This matter is DISMISSED with prejudice as to Plaintiff pursuant to Fed. R. Civ. P.41(a)(1), and DISMISSED without prejudice as to any claims of absent members of the putative class.

2. If the parties are unable to resolve Plaintiff's counsel's claim for attorney's fees and expenses, Plaintiff shall file any petition and supporting papers seeking such relief by no later than June 21, 2017.

| | |
|---|---|
| Date: 6/7/2017 | RICHARD D. SLETTEN, CLERK |
| | s/J. Dunbar Fannemel |
| | (By)   J. Dunbar Fannemel, Deputy Clerk |